WILTON BLOCK, as Administrator with the Will Annexed of C. HENRY AMSDEN, Deceased, Respondent, *v.* CATHERINE M. AMSDEN, Appellant, and NATIONAL BANK OF COMMERCE OF ROCHESTER, Respondent, Impleaded with Others.

*Decedent's estate — action by administrator, under section 19 of Personal Property Law, to recover money alleged to belong to decedent, but deposited in name of his wife.*

*Block* v. *Amsden*, 196 App. Div. 915, affirmed.
(Argued January 18, 1922; decided February 3, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 6, 1921, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. This action was brought by the administrator under the authority given by section 19 of the Personal Property Law against Catherine M. Amsden and twelve defendant banks in Rochester to recover the deposits in those banks standing in the name of the defendant Catherine M. Amsden on the ground that the money deposited in her name was the money of the decedent and that any attempt to transfer the same to the defendant Catherine M. Amsden by depositing it in her name was in fraud of the rights of creditors. C. Henry Amsden died October 10, 1915, insolvent and indebted to the amount of about $40,000. The total net assets of his estate excluding the amount

involved in this litigation was $1,625.87. There was on deposit to the credit of his wife in the defendant banks about $38,000, and in addition a deposit in the Traders National Bank involved in another litigation about $6,000, a total of about $44,000.

*Herbert J. Stull* for appellant.

*Clarence M. McKay* for respondent.

*Clarence E. Shuster* for National Bank of Commerce, respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane and Andrews, JJ. Absent: Hogan, J.